Kathryn L. Bain, State Bar No. 15496
BAIN MAZZA & DEBSKI LLP
10300 W. Charleston Blvd., Ste. 13-191
Las Vegas, NV 89135
Telephone: (702) 919-1090
Fax: (650) 763-3933
Email: kbain@bmdlegal.com

Monique Olivier (*Pro Hac Vice*)
Cassidy Clark (*Pro Hac Vice*)
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Tel: (415) 484-0980
Fax: (415) 658-7758
Email: monique@os-legal.com
         cassidy@os-legal.com

Anna D'Agostino (*Pro Hac Vice*)
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Tel: (866) 540-5505
Fax: (866) 300-7367
Email: akdagostino@millershah.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL WARWAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>Defendant. | CASE NO.: 2:23-cv-1367-APG-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE AND TO DISMISS COUNT 1 OF PLAINTIFF'S COMPLAINT**<br><br>**(First Request)**<br><br>**Local Rule IA 6-1** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties, by and through their respective counsel, stipulate to the following: Pursuant to Local Rule IA 6-1, the undersigned parties agree to extend Plaintiff Michael Warwas's deadline to file an opposition to Defendant Spirit Airlines, Inc.'s Motion to Transfer Venue and to Dismiss Count 1 of Plaintiff's Complaint [ECF No. 18 and 19] to December 1, 2023, and Defendant's deadline to reply to Plaintiff's opposition shall be reciprocally extended to December 15, 2023. The original filing date of the motion was November 10, 2023, making the original deadline November 24, 2023. Due to other deadlines of counsel and the upcoming holidays, the parties have agreed to a one-week extension of time for Plaintiff's response, and a corresponding one-week extension of time for Defendant's reply. This is the first stipulation for extension of time related to the briefing schedule in question. The instant extension is sought in good faith and will not alter the date of any event or deadline already fixed by court order.

Pursuant to Civil Local Rule 6-2, a signature block is provided below.

Dated: November 21, 2023      /s/ *Monique Olivier*
                              Monique Olivier (*Pro Hac Vice*)
                              Cassidy Clark (*Pro Hac Vice*)
                              OLIVIER & SCHREIBER LLP
                              475 14th Street, Suite 250
                              Oakland, CA 94612
                              Tel: (415) 484-0980
                              Fax: (415) 658-7758
                              Email: monique@os-legal.com
                                     cassidy@os-legal.com

                              Kathryn L. Bain, State Bar No. 15496
                              BAIN MAZZA & DEBSKI LLP
                              10300 W. Charleston Blvd., Ste. 13-191
                              Las Vegas, NV 89135
                              Tel: (702) 919-1090
                              Fax: (650) 763-3933
                              Email: kbain@bmdlegal.com

                              Anna D'Agostino (*Pro Hac Vice*)
                              MILLER SHAH LLP
                              225 Broadway, Suite 1830
                              New York, NY 10007
                              Tel: (866) 540-5505

Fax: (866) 300-7367
Email: akdagostino@millershah.com

*Attorneys for Plaintiff MICHAEL WARWAS and the Proposed Class*

/s/ Ethan Thomas
Ethan Thomas, Esq., Nevada State Bar No. 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Tel: (702) 862-8800
Email: edthomas@littler.com

Alexander P. Berg, Esq. (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Tel: (703) 442-8425
Email: aberg@littler.com

Miguel Morel, Esq. (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 400-7500
Email: mamorel@littler.com

*Attorneys for Defendant SPIRIT AIRLINES, INC.*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: November 29, 2023

2
STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE AND TO DISMISS COUNT 1 OF PLAINTIFF'S COMPLAINT