**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL WARWAS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>　　　　Defendant | Case No.: 2:23-cv-01367-APG-NJK<br><br>**Order Setting Hearing on Motion to Transfer Venue**<br><br>[ECF No. 18] |

　　　I will conduct a hearing on the defendant's motion to transfer venue (ECF No. 18) on **Thursday, January 11, 2024 at 9:00 a.m.** in Las Vegas courtroom 6C.

　　　DATED this 27th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE